```
                    UNITED STATES DISTRICT COURT                Send
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
                       CIVIL MINUTES - GENERAL
```

Case No.   CV 06-7189 GPS(JTLx)              Date: February 20, 2008

Title:   *JAM Entertainment, Inc. v. Salvavision Music Corp., et al.*
========================================================================PRE
SENT:          THE **HONORABLE GEORGE P. SCHIAVELLI**,    JUDGE

   Jake Yerke                              Not Present
  Courtroom Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                        Not Present

PROCEEDINGS:    Order to Show Cause re: Sanctions
                (In Chambers)

    Because the Court is scheduled to hold a pretrial conference on February 25, 2008, the parties were required to file pretrial documents by February 4, 2008, and their final pretrial conference order by February 14, 2008. *See* L.R. 16-4 (Memorandum of Contentions of Fact and Law); L.R. 16-5 (Witness List); L.R. 16-6.1 (Joint Exhibit List); L.R. 16-7.1 (final pretrial conference order shall be lodged eleven days before the date set for the conference).

    To date, the parties have filed no pretrial materials. Accordingly, the Court **ORDERS** counsel for both parties to **SHOW CAUSE** ("OSC") why the Court should not impose sanctions, including dismissal, for failure to follow Court rules. The OSC responses are due by **February 25, 2008.** Additionally, all pretrial materials must be filed **by March 3, 2008.** The pretrial conference is hereby **CONTINUED** to **March 17, 2008, at 11:00 a.m.**


**IT IS SO ORDERED.**




MINUTES FORM 11                          Initials of Deputy Clerk JY
CIVIL - GEN